**Victoria Ruth (Muller) BROCK, Appellant,**

v.

**Frederick J. MULLER, Respondent.**

**No. WD 64482.**

Missouri Court of Appeals, Western District.

March 22, 2005.

Lawrence E. Kinnamon, Jr., St. Joseph, MO, for Appellant.

Michael A. Insco, St. Joseph, MO, for Respondent.

Before: PAUL M. SPINDEN, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Ms. Victoria Ruth (Muller) Brock appeals the trial court's judgment giving sole legal and physical custody of her six-year-old daughter to the child's father, Mr. Frederick J. Muller.

For the reasons set forth in the memorandum provided to the parties, we affirm the trial court's judgment. Rule 84.16(b).